Case 1:24-cv-00573-AS   Document 8   Filed 03/13/24   Page 1 of 1



March 13, 2024

Hon. Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **KARIM v. GOODS STORE, INC**
    **DOCKET NO. 1:24-cv-573**

Dear Judge Subramanian:

    The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write to request a 15-day adjournment of the initial pretrial conference currently scheduled for March 22, 2024. This request is made jointly by the parties.

    Although the defendant Goods Store Inc. has not formally appeared on the docket, it is represented by Anna Mercado Clark, Esq. of Phillips Lytle LLP. Both parties jointly request an adjournment due to Ms. Clark's international travel next week. This adjournment is also requested to facilitate ongoing discussions for an early resolution of the matter. Significant progress has been made towards settlement thus far, and both parties aim to minimize costs to justify a lower settlement figure. To that end, Defendant's deadline to respond to the Complaint was extended to March 27, 2024.

    Thank you for your time and consideration on this matter.

    Respectfully,

    /s/ Gabriel A. Levy

---

*Application GRANTED. The initial pretrial conference is hereby rescheduled to April 5, 2024, at 2:30 PM.*

*The Clerk of Court is directed to terminate the motion at ECF No. 7.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: March 13, 2024*